UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON FRITCHER and EMILY FRITCHER, individually and as mother and next friend of Z.F., a minor,<br><br>  Plaintiffs,<br><br> v.<br><br>CITY OF ALTAMONT, ILLINOIS, JASON RIPPETOE, in his official capacity as Mayor of the City of Altamont, and GARY WHITE, in his official capacity as Zoning Administrator of the City of Altamont,<br><br>  Defendants. | Case No. 21-cv-1076-JPG |

## JUDGMENT

This matter having come before the Court and the Court having declined to exercise jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** January 26, 2022  MARGARET M. ROBERTIE, Clerk of Court

            **s/Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**